8 So:2d 897

**Mittie Lene Pruitt BARRETT v. STATE.**

5 Div. 155.

Court of Appeals of Alabama.

May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.